

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OLUWASEUN ADEWARE**<br>Labor & Employment Law Division<br>Telephone: (212) 356-2658<br>Email: sadeware@law.nyc.gov |

April 28, 2025

**Via ECF**
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

    Re: <u>Sonya Hong and Mark Whitsett v. City of New York, New York City Department of Finance, New York City Office of Technology and Innovation, NYC  Department of Citywide Administrative Services, and Eric Adams</u>
       No. **24-CV-00922-VMS**

Dear Judge Scanlon:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York, New York City Department of Finance, New York City Office of Technology and Innovation, NYC Department of Citywide Administrative Service and Eric Adams (collectively "City Defendants") in the above-referenced action. City Defendants write, in accordance with Rule 2(b) of Your Honor's Individual Rules, to respectfully request an extension of time, from April 29, 2025 to June 13, 2025, to respond to the Complaint. This is City Defendants' first request for an extension of time to respond to the Complaint, the extension will not affect any scheduled dates, and Plaintiffs consent.

  The extension of time is necessary so that this Office may adequately investigate the allegations made in the Complaint and prepare a proper response.  Accordingly, I respectfully request an extension from April 29, 2025, to June 13, 2025 to respond to the Complaint.

  Likewise, in accordance with the Eastern District Court's Administrative Order No. 2023-23, dated August 25, 2023, City Defendants write to respectfully request the assignment of a District Judge.

  City Defendants thank the Court for its consideration of this request.

                Respectfully submitted,

                /s/ *Seun Adeware*
                Oluwaseun M. Adeware
                Assistant Corporation Counsel

cc:     Sonya Hong, pro se Plaintiff (by ECF, by E-Mail to [shmw57@outlook.com](shmw57@outlook.com) and by regular mail)