

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OLUWASEUN ADEWARE**
Labor & Employment Law Division
Telephone: (212) 356-2658
Email: sadeware@law.nyc.gov

June 9, 2025

**Via ECF**
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

> Re:  Sonya Hong and Mark Whitsett v. City of New York, New York City
> Department of Finance, New York City Office of Technology and
> Innovation, NYC  Department of Citywide Administrative Services,
> and Eric Adams
> No. **24-CV-00922-VMS**

Dear Magistrate Judge Scanlon:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York, New York City Department of Finance, New York City Office of Technology and Innovation, NYC Department of Citywide Administrative Service and Eric Adams (collectively "City Defendants") in the above-referenced action. City Defendants write, in accordance with Rule 2(b) of Your Honor's Individual Rules, to respectfully request an extension of time, from June 13, 2025, to June 27, 2025 to respond to the Complaint. This is the City Defendants' second request for an extension of time to respond to the Complaint and is being requested because Defendants need additional time to prepare a proper response due to the undersigned's recent medical illness. The extension will not affect any scheduled dates and Plaintiffs consent.

Accordingly, I respectfully request an extension from June 13, 2025, to June 27, 2025, to respond to the Complaint. City Defendants thank the Court for its consideration of this request.

          Respectfully submitted,

          /s/_*Seun Adeware*_____
          Oluwaseun M. Adeware
          Assistant Corporation Counsel

cc:   Sonya Hong and Mark Whitsett, pro se Plaintiffs, (by ECF, by E-Mail to shmw57@outlook.com, and by regular mail)