

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OLUWASEUN ADEWARE**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2658
E-mail: sadeware@law.nyc.gov

August 4, 2025

**By ECF**

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Hong, et al. v. City of New York, et al.
             No. 25-cv-00922-LDH-VMS

Dear Judge Hall:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for defendants City of New York, New York City Department of Finance, New York City Office of Technology and Innovation, NYC Department of Citywide Administrative Services, and Eric Adams ("Defendants") in the above-referenced action. Defendants respectfully write in response to *pro se* Plaintiffs' request, made by letter dated July 25, 2025 (ECF No. 18), for leave to file an amended complaint, or, in the alternative, for an extension of time to respond to Defendants' pre-motion letter dated June 27, 2025. ECF No. 16

      As set forth in Plaintiffs' letter, Defendants consented to an extension of time, to August 4, 2025, for Plaintiffs to file a response to Defendants' pre-motion letter. Furthermore, at this time, Defendants do not object to Plaintiffs' request for leave to file an amended complaint by September 4, 2025. If the Court grants Plaintiffs' request for leave to file an amended complaint by September 4, 2025, Defendants respectfully request sixty days from the date the amended complaint is filed with the Court to submit their response because the undersigned is taking parental leave in August, necessitating reassignment of this matter to another Assistant Corporation Counsel.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

____/s/ *Seun Adeware*_____
Oluwaseun Adeware
Assistant Corporation Counsel

cc: Plaintiffs (By ECF, E-Mail, and regular mail)