

**THE CITY OF NEW YORK**

MURIEL GOODE-TRUFANT
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Shemori S. Corinthian
Labor and Employment Law Division
phone: (212)-356-4076
email: scorinth@law.nyc.gov

November 24, 2025

**Via ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201
Courtroom: 13A—South Wing

                Re:     Hong et al, v. City of New York
                          1:25-cv-00922-LDH-VMS

Dear Judge Scanlon:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendant in the above-referenced action. Pursuant to Your Honor's November 18, 2025 text Order, I write to explain my missed appearance at the November 18, 2025 status conference. The missed appearance resulted from an inadvertent calendaring error, which prevented me from receiving a reminder notification for the conference. I understand the importance of adhering to the Court's scheduled appearances and apologize for any inconvenience my error may have caused to the Court and the Plaintiffs.

                                                                Respectfully submitted,

                                                                */s/ Shemori S. Corinthian*
                                                                 Shemori S. Corinthian
                                                                 Assistant Corporation Counsel

cc:     Sonya Hong and Mark Whitsett (VIA ECF)
           Plaintiffs Pro-Se