

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SHEMORI S. CORINTHIAN**<br>Labor and Employment Law Division<br>phone: (212)-356-4076<br>email: scorinth@law.nyc.gov |

December 15, 2025

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:      Hong et al, v. City of New York
                   1:25-cv-00922-LDH-VMS

Dear Judge DeArcy Hall:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendant in the above-referenced action. Pursuant to Rule I.E of Your Honor's Individual Practices and Rules, I respectfully write to request that Defendant's time to respond to the First Amended Complaint be extended to January 16, 2026. Defendant's response is currently due on December 17, 2025. This is Defendant's third request for an extension, and the second since the matter was reassigned to the undersigned. The requested extension will not affect any other deadlines in this matter and Plaintiffs consent to the requested extension. The extension is necessary due to an increase in caseload, preplanned time-off out of the office and ongoing obligations in other matters immediately preceding the current deadline, which have strained counsel's ability to prepare and review a response to the First Amended Complaint. These obligations include:

1. Motion For Summary Judgment due on 12/16/2025 in <u>Ashaki Jones v. City of New York</u>, Index No. 154624/2015.
2. Motion to Dismiss due on 12/15/2025 in <u>Cindy Palermo v. New York City Department of Education</u>, Docket No. 1:24-CV-04558 (RER)(TAM).
3. Opposition to Motion to Compel Discovery filed 12/9/2025, <u>Briskin, et al. v. City of New York, et al.</u>, 1:24-cv-03557(JAV).

      Thank you for Your Honor's consideration of this request.

                                                     Respectfully submitted,

/s/ *Shemori S. Corinthian*
Shemori S. Corinthian
Assistant Corporation Counsel

cc: Sonya Hong and Mark Whitsett (Via ECF and email)

2