UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Sonya Hong & Mark Whitsett

    -against-

 

Docket Number

1:25-cv-0922 (LDH)(VMS)

The City of New York
--------------------------------------------------------------X

NOTICE OF LIMITED APPEARANCE FOR THE PURPOSE OF MEDIATION

To the Clerk of this Court and all parties of record:

Enter my appearance as pro bono counsel in this case on behalf of:  **plaintiffs Hong  & Whitsett**

For the limited purpose of representation in a mediation.  I certify that I am admitted to practice in this Court.

July 25, 2026
Date

Signature

**William E. Bell**
Print Name

Bar Number

**285 Central Park West**
Address

**New York NY**  10024
City, State      Zip Code

**6463427531**
Phone Number

**webellesq@gmail.com**
E-mail Address