Sonya Hong and Mark Whitsett
97 Brooklyn Avenue, 3G
Phone: (929) 613-6006
Date: 07/29/2028

The Honorable Chief Magistrate Judge Vera M. Scanlon
U.S. District Court Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

RE: Hong, et al v. City of New York, et al

No. 1:25-cv-00922-LDH-VMS

Dear Honorable Chief Magistrate Judge Vera M. Scanlon,

We respectfully submit this letter to sincerely apologize for our failure to appear at the conference scheduled for July 28, 2026.

Our absence was the result of an inadvertent misunderstanding regarding the conference date. We recognize that it is our responsibility to carefully monitor and accurately comprehend all scheduled proceedings. We deeply regret this mistake and sincerely apologize for any inconvenience or disruption our failure to appear may have caused the Court or the other party.

Following the Court's June 26, 2026 Order granting an extension of certain discovery deadlines, we mistakenly believed that the revised deadlines also superseded the previously scheduled July 28, 2026 conference. Because the Order established new deadlines for selecting a mediator and completing mediation without restating the conference date, we inadvertently misunderstood our scheduling obligations and failed to appear. This misunderstanding was entirely our own, and we sincerely regret the oversight.

We understand that one of the purposes of the conference was to discuss any remaining issues with respect to discovery. We assure the Court that this was an isolated oversight and that we have taken steps to ensure that all future deadlines and appearances are carefully monitored.

Should the Court require any additional information, we can be reached at (929) 613-6008.

Thank you for your time and consideration.

Respectfully submitted,


/s/ Sonya Hong

/s/ Mark Whitsett

Sonya Hong

Mark Whitsett


CC: Attorney Shemori Corinthian - Scorinth@law.nyc.gov