THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

October 15, 2026

**VIA ECF**
Hon. Vera M. Scanlon
United States District Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hong et al, v. City of New York-Mayor's Office,
1:25-cv-00922-LDH-VMS

Dear Chief Magistrate Judge Scanlon:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter. The parties respectfully submit this joint letter pursuant to the Court's September 18, 2026 Order directing the parties to advise the Court of their mediation date and propose a discovery deadline.

The parties are currently scheduled to participate in mediation on October 28, 2026, in advance of the Court's October 30, 2026 mediation deadline.

In light of the upcoming mediation, the parties respectfully request that the Court stay discovery pending the outcome of mediation to avoid potentially unnecessary discovery efforts and to conserve the parties' resources. Should mediation be unsuccessful, The parties propose that they be permitted to submit a joint proposed discovery schedule within fourteen (14) days following the mediation. The parties further request that the November 3, 2026 deadline to submit a joint status letter regarding the outcome of mediation remain in place.

We thank the Court for its consideration of these requests.

Respectfully submitted,

/s/ Katherine A. Dunayevich
Katherine A. Dunayevich
Assistant Corporation Counsel

cc: *Pro Se* Plaintiffs (via Email and ECF).